# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Jerome P Smith

      Denise M Smith

            Debtor(s)

Case No. 15 B 17700

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>05/19/2015</u>.

2) The plan was confirmed on <u>08/05/2015</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>05/25/2016</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/19/2016, 09/23/2016</u>.

5) The case was Dismissed on <u>12/21/2016</u>.

6) Number of months from filing to last payment: <u>19</u>.

7) Number of months case was pending: <u>24</u>.

8) Total value of assets abandoned by court order: <u> NA </u>.

9) Total value of assets exempted: <u> NA </u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,922.77 | |
| Less amount refunded to debtor | $500.00 | |
| **NET RECEIPTS:** | | **$2,422.77** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,331.08 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $91.69 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,422.77** |

Attorney fees paid and disclosed by debtor:          $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Community Finance | Unsecured | 805.73 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 160.24 | 201.59 | 201.59 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 635.76 | 613.62 | 613.62 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,317.86 | 771.43 | 771.43 | 0.00 | 0.00 |
| Aspen | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| Capital Solutions Investments | Unsecured | 515.15 | 184.69 | 184.69 | 0.00 | 0.00 |
| Chase | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 958.53 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking Tickets | Unsecured | 18,384.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 262.72 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 5,467.33 | 5,871.97 | 5,871.97 | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1,162.87 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 1,330.72 | 140.50 | 140.50 | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 0.00 | 724.07 | 724.07 | 0.00 | 0.00 |
| Enterprise | Unsecured | 203.85 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 850.60 | 850.60 | 850.60 | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 290.85 | NA | NA | 0.00 | 0.00 |
| Halsted Financial Services LLC | Unsecured | 743.91 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc | Unsecured | 1,594.22 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| Infinity Healthcare Physicians | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | 388.96 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| NAS, Inc. | Unsecured | 938.00 | NA | NA | 0.00 | 0.00 |
| National Account Services, Inc. | Unsecured | 693.38 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Ntl Acct Srv | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| Partners Financial | Unsecured | 554.88 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,633.00 | 1,676.20 | 1,676.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PLS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Managment | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 230.20 | 227.80 | 227.80 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 113.25 | 113.25 | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 870.89 | NA | NA | 0.00 | 0.00 |
| Titlemax of Illinois | Unsecured | 1,408.67 | NA | NA | 0.00 | 0.00 |
| Tranz Mission, Inc. | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 20,272.00 | 20,804.38 | 20,804.38 | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,056.25 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Vinod Patel | Unsecured | 6,252.00 | NA | NA | 0.00 | 0.00 |
| Wheels of Chicago | Unsecured | 399.76 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$32,180.10** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $2,422.77 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$2,422.77** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2017                               By: /s/ Marilyn O. Marshall
                                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**